UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTAGRACIA GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC., JOHN DOES 1-10, AND ABC ENTITIES 1-10<br><br>Defendants. | Case No. 2:18-cv-1528-KM-SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-captioned action, and all remaining causes of action that were or could have been asserted therein, are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs, disbursements or attorneys' fees to any party.

*/s/ Robert K. Chewning*
Robert K. Chewning, Esq.
McLaughlin & Nardi, LLC
Attorneys for Plaintiff,
Altagracia Gomez

Dated: December 20, 2019

*/s/ Daniel Gomez-Sanchez*
Daniel Gomez-Sanchez, Esq.
Littler PC
Attorneys for Defendant,
Rent-A-Center, Inc.

Dated: December 20, 2019

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 12/23/19